AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) |
|---|---|
| v. | ) |
| JOEL ZAVALA-ESPINOSA | ) Case No. 3:13-00006-01-HA |
| Defendant | ) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Joel Zavala-Espinosa,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Distribution of Heroin Resulting in Death

Conspiracy to Distribute Heroin

Possession with the Intent to Distribute Heroin

Possessing a Firearm Furtherance of Drug Trafficking

Date: __01/10/2013__                               s/C.Brost
                                              *Issuing officer's signature*

City and state:  Portland, Oregon                  **C.Brost, Deputy Clerk**
                                              *Printed name and title*

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ |
| Date: _____                               *Arresting officer's signature* |
|                                              *Printed name and title* |