UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:13-CR-00006-HA |
| v. | PROTECTIVE ORDER |
| JOEL ZAVALA-ESPINOSA, and<br>JORGE RODRIGUEZ-MAGALLANES<br>(a.k.a. Jose Ascencion Antuna-Caldera),<br>Defendants. | |

This matter came before the Court upon the government's unopposed motion for a protective order pursuant to Rule 16(d)(1), Fed. R. Crim. P., to govern the discovery material in this case. Good cause having been shown in the government's motion,

**IT IS HEREBY ORDERED** that defendant and counsel of record shall not disclose to any person, with the exception of those persons employed by the attorney who are necessary to assist counsel of record during investigation and preparation for trial or sentencing, the reports, affidavits, or any of the discovery provided by the government including any personal identifying information;

**IT IS FURTHER ORDERED** that defendant and his counsel of record shall not copy, display, distribute, reproduce or publish the protected affidavits and discovery material, except that copies may be made for use by those who are necessary to assist counsel of record during investigation and preparation for trial.

**IT IS FURTHER ORDERED** that the defendant's attorney maintain custody and control over the protected material and all copies thereof, and may not provide copies of discovery to defendant nor allow the defendant to have unsupervised access to such materials.

DATED this 25 day of January 2013.

THE HONORABLE ANCER L. HAGGERTY
United States District Judge

Presented by:

S. AMANDA MARSHAL
United States Attorney
District of Oregon

*s/ Steven T. Mygrant*
STEVEN T. MYGRANT, OSB #03129
Special Assistant United States Attorney
LEAH K. BOLSTAD, OSB #05203
Assistant United States Attorney