**S. AMANDA MARSHALL, OSB #95347**
United States Attorney
District of Oregon
**LESLIE J. WESTPHAL, OSB #83344**
leslie.westphal@usdoj.gov
Assistant United States Attorney
United States Attorney's Office
1000 SW Third Avenue, Suite 600
Portland, Oregon  97204-2902
Telephone:   503-727-1027
Facsimile:    503-727-1117

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:13-CR-00006-HA |
| v.<br>JOEL ZAVALA-ESPINOSA, and<br>JORGE RODRIGUEZ-MAGALLANES | BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |
| **Defendants.** | |

The United States of America, by and through S. Amanda Marshall, United States Attorney for the District of Oregon, and Leslie J. Westphal, Assistant United States Attorney, hereby files the following Bill of Particulars for Forfeiture of Property.

The United States gives notice that in the forfeiture allegation of the Indictment, the United States is seeking forfeiture of the following property:

$13,482.00 in United States currency, and

$10,748.61 in funds from U.S. Bank Account in the name of Jorge A. Rodriguez Magallanes.
.

DATED this 28th day of January, 2013.

                                **S. AMANDA MARSHALL**
                                United States Attorney

                                */s/ Leslie J. Westphal*
                                LESLIE J. WESTPHAL
                                Assistant United States Attorney