**Patrick J. Ehlers, OSB #04118**
**Email: patrick_ehlers@fd.org**
**Federal Public Defender's Office**
**101 SW Main Street, Suite 1700**
**Portland, OR  97204**
**Tel: (503) 326-2123**
**Fax: (503) 326-5524**

**Attorney for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:13-cr-00006-HA |
| PLAINTIFF, | MOTION TO WITHDRAW AS COUNSEL |
| v. | |
| **JOEL ZAVALA-ESPINOSA,** | |
| DEFENDANT. | |

The defendant, Joel Zavala-Espinosa, through counsel, Patrick J. Ehlers, respectfully moves this Court for an order authorizing withdrawal of counsel and substitution of new appointed counsel through the Criminal Justice Act Panel, on the basis that there has been a irreparable breakdown of the attorney/client relationship.

Respectfully submitted this 10th day of June, 2013.

                                         */s/ Patrick J. Ehlers*
                                         Patrick J. Ehlers
                                         Attorney for Defendant